# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAENA SEEBACH, *on behalf of herself and all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>IMAGINE 360 ADMINISTRATORS, LLC,<br><br>Defendant. | Case No. 3:23-cv-01430-MEM |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Raena Seebach, pursuant to F.R.C.P. Rule 41(a), hereby voluntarily dismisses this action against Defendant Imagine 360 Administrators, LLC without prejudice.

Dated: September 13, 2023    Respectfully submitted,

*/s/ Randi Kassan*
Randi Kassan
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
100 Garden City Plaza
Garden City, NY  11530
Telephone: (212) 594-5300
rkassan@milberg.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 13, 2023 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

                                           */s/ Randi Kassan*
                                           Randi Kassan
                                           **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
                                           100 Garden City Plaza
                                           Garden City, NY  11530
                                           Telephone: (212) 594-5300
                                           rkassan@milberg.com